IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-MJ-1591-WW-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID A. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the unopposed motion (D.E. 9) by defendant for early termination of his probation. In the motion, defendant represents that both the government and defendant's probation officer have no objection to the early termination. (Mot. ¶ 5). Defendant further represents that he has completed all requirements of his probation and has not committed any violations. (*Id*. ¶ 3).

For good cause shown based on the facts and reasons stated in the motion, and there being no objection by the government or defendant's probation officer, it is ORDERED that defendant be discharged from supervision and that the proceedings in the case be terminated.

SO ORDERED, this the 4th day of February 2013.

James E. Gates
United States Magistrate Judge